**In the Interest of K.E., Plaintiff.**

**JUVENILE OFFICER, Respondent,**

v.

**R.E. (Natural Mother), Appellant.**

**No. WD 53202.**

Missouri Court of Appeals,
Western District.

Dec. 16, 1997.

Mark E. Kelly, Liberty, for Guardian Ad Litem.

Donald F. McDonald, Jr., Kansas City, for Appellant.

Mary A. Marquez, Kansas City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

R.E., the natural mother, appeals from the entry of judgment which terminated her parental rights to K.E. She claims three points of error, none of which are meritorious. This court finds that the trial court's order termination R.E.'s parental rights was supported by substantial and competent evidence.

Judgment affirmed. Rule 84.16(b).